**Order entered October 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00836-CV

## JOHN ROCHON, SR. AND DONNA ROCHON, Appellants

## V.

## JGB COLLATERAL, LLC, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-19011

### ORDER

Before the Court is appellants' October 1, 2021 motion for an extension of time to file a response to appellee's motion to dismiss the appeal. We **GRANT** the motion and extend the time to **October 29, 2021**.

/s/  KEN MOLBERG
JUSTICE